**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION IN CINCINNATI**

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | | |
| **MICHAEL A. MARSHALL** ) | | |
| **SANDRA L. MARSHALL** ) | **CASE NO. 09-10657** | |
| ) | | |
| Debtors. ) | | |
| ) | | |
| _____) | **(Judge J. Vincent Aug, Jr.)** | |
| ) | | |
| **SANDRA L. MARSHALL** ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | **ADV. PRO. NO. 09-01106** | |
| ) | | |
| **THE STUDENT LOAN CORP.** ) | | |
| ) | | |
| Defendant. ) | **PLAINTIFF'S EXHIBIT LIST** | |
| _____) | | |

EXHIBITS TO BE PROFFERED BY: <u>SANDRA L. MARSHALL</u>

| DESIGNATION | DESCRIPTION | INDENTIFIED | ADMITTED |
|---|---|---|---|
| 1. | List of Michael Marshall's medicines. | | |
| 2. | 2009 federal and state tax returns with supporting documents. | | |
| 3. | 2008 federal and state tax returns with supporting documents. | | |
| 4. | Income based calculator results based on 2009 adjusted gross income. | | |
| 5. | Income based calculator results based on 2008 adjusted gross income. | | |
| 6. | Amended schedules I and J. | | |
| 7. | Sandra Marshall's University of Phoenix transcript. | | |
| 8. | Sandra Marshall's bankruptcy | | |

|     |                                                                                                                          |   |   |
| --- | ------------------------------------------------------------------------------------------------------------------------ | - | - |
|     | petition, schedules and other supporting documents.                                                                      |   |   |
| 9.  | Chart showing payments made on student loan debt by Sandra Marshall from 4/12/07 to 2/13/09.                             |   |   |
| 10. | List of debts incurred since the filing of the bankruptcy petition.                                                      |   |   |
| 11. | Sandra Marshall's resume.                                                                                                |   |   |
| 12, | Chart of Sandra Marshall's efforts to find work from 3/13/09 to 2/21/10.                                                 |   |   |
| 13. | Chart of Sandra Marshall's efforts to find work from 3/31/10 to 5/12/10.                                                 |   |   |
| 14. | Loan Detail from ECMC.                                                                                                   |   |   |

The debtor reserves the right to supplement this witness list based on the witness lists submitted by any other party in interest.

Respectfully Submitted,
/s/ Paul J. Minnillo
Paul J. Minnillo (0065744)
MINNILLO & JENKINS Co. LPA
2712 Observatory Ave.
Cincinnati, OH 45208
(513) 723-1600/(513) 723-1620 (Fax)
pjminnillo@minnillojenkins.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Exhibit List was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 12 day of May, 2010.

/s/ Paul J. Minnillo
Attorney for Debtor
Attorney Reg. No. 0065744

Jeffrey S. Rosenstiel, Esq.
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
*Attorney for Defendant*